IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NATHAN J. KOBUS,** | ) | **CASE NO. 8:07CV428** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| **COLUMBIA NATIONAL INSURANCE,** Company, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss without prejudice. Plaintiff's counsel has represented to the Court that diversity of citizenship does not exist. Accordingly,

IT IS ORDERED:

The Plaintiff's Motion to Dismiss (Filing No. 7) is granted; and the Plaintiff's Complaint is dismissed without prejudice.

DATED this 26th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge